UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MELVIN D. PUGH                                        CIVIL ACTION NO. 21-3449

                                                     SECTION P

VS.

                                                     ELIZABETH E. FOOTE

SCHYLER MARVIN, ET AL.                               MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Melvin D. Pugh's claims are **DISMISSED WITH PREJUDICE**, as frivolous and for failure to state claims on which relief may be granted, until the *Heck* conditions are met.

SHREVEPORT, LOUISIANA, this ___12th___ of October 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE